

**MARSHALL・SUZUKI LAW GROUP, LLP**

230 California Street, Suite 415
San Francisco, CA 94111
Tel・415・618・0090
Fax・415・618・0190

**Junji Suzuki**
junji@marshallsuzuki.com

January 10, 2022

**Via Email**

Cloudflare Legal Department
Attn: Ryan Carter
101 Townsend Street
San Francisco, CA 94107
Email: abuse@cloudflare.com

      *RE:*      *NOTIFICATION OF COPYRIGHT INFRINGEMENT*
                **(Pursuant to 17 U.S.C. § 512)**
                **Infringing Website/ Your Customer: https://javidol.org/**

Dear Mr. Carter or Cloudflare's Legal Department Professionals:

      This law office represents JSKY Services, Inc., a California corporation (hereinafter called "JSKY Services"), in connection with JSKY Services' copyright infringement claims against you. Please note that this is a legal notice, providing you with the outline of JSKY Services' potential federal claims arising out of the following facts.

      It has recently come to JSKY Services's attention that despite of a form notification that JSKY Services composed and dispatched via your website notice form in August 2021, you and your customer has continuously and unlawfully published and introduced to the market certain copyrighted work listed under the column entitled "Original Work" in Exhibit A attached hereto ("Exhibit A"), solely owned by JSKY Services (referred to as the "JSKY Services Work" or "Original Work").   The URLs of the videos infringing the exclusive right of JSKY Services are also identified and listed under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work").

      Please also note that to be eligible for safe harbor protection under 17 U.S.C. § 512, a service provider is required to adopt and reasonably *implement* a repeat infringer policy under 17 U.S.C. § 512 (i).   Failure to do so will disqualify a service provider from a safe harbor protection and JSKY Services intends to seek any remedies available by law. Furthermore, a service provider under 17 U.S.C. § 512 (c) could still be held liable even without actual knowledge of infringement, if it is "aware of facts or circumstances from which infringing activity is apparent," so-called "red flag" knowledge.

Cloudflare
January 10, 2022
Page 2 of 3

You/your customer have been advertising, distributing, and selling the Infringing Work, which is materially identical to the JSKY Services Work, through the website located at the aforementioned URL. It is clear that your customer has used the JSKY Services Work without JSKY Services's permission, and that your conduct infringes JSKY Services's exclusive right. Thus, JSKY Services has a good faith belief that use of the material in the manner complained of is not authorized by JSKY Services, its agent, or the law. Any further copying, reproduction, importation, advertising, marketing, distribution, or sale of the Infringing Work after your receipt of this letter will be willful, giving rise to exposure for aggravated damages.

On behalf of JSKY Services, we demand that you immediately disable access to the JSKY Services Work and cease any use, reproduction, and distribution of the JSKY Services Work and that you provide us with a written assurance that you will:

(a) permanently cease and desist from further use of the JSKY Services Work;
(b) permanently cease and desist from further advertising, marketing, distribution, and sale of the JSKY Services Work;
(c) remove or disable access to the Infringing Work and so confirm to us in writing;
(d) delete from your website the advertisement that you/your customer sell the Infringing Work;
(e) display on your website for three months the statement that (i) the owner of the exclusive right of the JSKY Services Work is JSKY Services, and (ii) you/your customer have been selling the Infringing Work without JSKY Services's permission.

We also demand a written assurance that your customer will fully account to us with regard to advertising, marketing, purchasing, sales, and profits of the Infringing Works.

I declare that the information in this notice is accurate, and under penalty of perjury, that this office is authorized to act on behalf of JSKY Services, the owner of the exclusive right of the JSKY Services Work.

Your immediate response will be appreciated.

Very truly yours,

MARSHALL SUZUKI LAW GROUP, LLP

Junji Suzuki

Cloudflare
January 10, 2022
Page 3 of 3

                                                     Attorney at Law
                                                     230 California Street, Suite 415
                                                     San Francisco, CA 94111
                                                     (Tel)    415-618-0090
                                                     (Fax)   415-618-0190
                                                     (Email)    junji@marshallsuzuki.com

CC: Client

//

| code（作番） | infrigement URL（違反アップロードURL） | Original URL（オリジナル作品URL） |
|---|---|---|
| k1363 | https://javidol.org/mv-1zrJ-tokyo-hot-k1363-koe-mato-katovagrave;ntrai.html | https://my.tokyo-hot.com/product/6379 |
| k1437 | https://javidol.org/mv-a7z-餌食牝-佐野真知子-tokyo-hot-k1437.html | https://my.tokyo-hot.com/product/k1437 |
| k1439 | https://javidol.org/mv-DFd-餌食牝-早川美帆-tokyo-hot-k1439.html | https://my.tokyo-hot.com/product/k1439 |
| k1442 | https://javidol.org/mv-cVv-餌食牝-浅見セイラ-tokyo-hot-k1442.html | https://my.tokyo-hot.com/product/k1442 |
| k1444 | https://javidol.org/mv-cLO-餌食牝-佐々木加奈子-tokyo-hot-k1444.html | https://my.tokyo-hot.com/product/k1444 |
| k1445 | https://javidol.org/mv-al5-餌食牝-松田美由紀-tokyo-hot-k1445.html | https://my.tokyo-hot.com/product/k1445 |
| k1446 | https://javidol.org/mv-2UG-餌食牝-秋田美佐江-tokyo-hot-k1446.html | https://my.tokyo-hot.com/product/k1446 |
| k1448 | https://javidol.org/mv-A4S-餌食牝-岡田葵-tokyo-hot-k1448.html | https://my.tokyo-hot.com/product/k1448 |
| k1449 | https://javidol.org/mv-2k5-餌食牝-近藤瀬奈-tokyo-hot-k1449.html | https://my.tokyo-hot.com/product/k1449 |
| k1450 | https://javidol.org/mv-AM8-餌食牝-今井菜那-tokyo-hot-k1450.html | https://my.tokyo-hot.com/product/k1450 |
| k1451 | https://javidol.org/mv-2xI-餌食牝-森永映美-tokyo-hot-k1451.html | https://my.tokyo-hot.com/product/k1451 |
| k1452 | https://javidol.org/mv-1Yi-餌食牝-中尾里依紗-tokyo-hot-k1452.html | https://my.tokyo-hot.com/product/k1452 |
| k1453 | https://javidol.org/mv-DIs-餌食牝-遠藤美波-tokyo-hot-k1453.html | https://my.tokyo-hot.com/product/k1453 |
| k1459 | https://javidol.org/mv-AWQ-餌食牝-大石杏奈-tokyo-hot-k1459.html | https://my.tokyo-hot.com/product/k1459 |
| k1462 | https://javidol.org/mv-AFz-餌食牝-黒田瑞穂-tokyo-hot-k1462.html | https://my.tokyo-hot.com/product/k1462 |
| k1463 | https://javidol.org/mv-2Mo-餌食牝-岡本優紀-tokyo-hot-k1463.html | https://my.tokyo-hot.com/product/k1463 |
| kb1467 | https://javidol.org/mv-7Vh-チーム木村番外編-遠藤里穂-tokyo-hot-kb1467.html | https://my.tokyo-hot.com/product/kb1467/ |
| kb1470 | https://javidol.org/mv-DD3-チーム木村番外編-児玉弘子-tokyo-hot-kb1470.html | https://my.tokyo-hot.com/product/kb1470/ |
| kb1474 | https://javidol.org/mv-1pT-チーム木村番外編-手嶋祐菜-tokyo-hot-kb1474.html | https://my.tokyo-hot.com/product/kb1474/ |
| kb1476 | https://javidol.org/mv-2WG-チーム木村番外編-藤原弘子-tokyo-hot-kb1476.html | https://my.tokyo-hot.com/product/kb1476/ |
| n0644 | https://javidol.org/mv-8gV-tokyo-hot-n0644-坂野由梨東熱狂姦中出.html | https://my.tokyo-hot.com/product/20084 |
| n0651 | https://javidol.org/mv-8gO-tokyo-hot-n0651-南野akari東熱發狂汁.html | https://my.tokyo-hot.com/product/20077 |
| n0656 | https://javidol.org/mv-85w-tokyo-hot-n0656-東熱15連發鬼畜輪姦地獄あいりみく.html | https://my.tokyo-hot.com/product/20073 |
| n0659 | https://javidol.org/mv-8D3-tokyo-hot-n0659-一ノ瀬アメリ東熱極膣射.html | https://my.tokyo-hot.com/product/20070 |
| n0662 | https://javidol.org/mv-85P-tokyo-hot-n0662-監禁ca激逝き汁漬け中毒.html | https://my.tokyo-hot.com/product/20067 |
| n0663 | https://javidol.org/mv-7PL-tokyo-hot-n0663-小日向みく-東熱真正膣射.html | https://my.tokyo-hot.com/product/20066 |
| n0665 | https://javidol.org/mv-7Or-tokyo-hot-n0665-南方さきsaki-孕-完全服従蘿莉女僕.html | https://my.tokyo-hot.com/product/20064 |
| n0666 | https://javidol.org/mv-7LM-tokyo-hot-n0666-あいりみく東熱鬼中出し.html | https://my.tokyo-hot.com/product/20063 |
| n0668 | https://javidol.org/mv-7dH-tokyo-hot-n0668-新人女子廣播員生姦實況汁上坂.html | https://my.tokyo-hot.com/product/20061 |
| n0670 | https://javidol.org/mv-7C7-tokyo-hot-n0670-希咲aya東熱真正中出.html | https://my.tokyo-hot.com/product/20059 |
| n0672 | https://javidol.org/mv-18P-tokyo-hot-n0672-小日向みく東熱極中出し.html | https://my.tokyo-hot.com/product/20057 |
| n0674 | https://javidol.org/mv-1Di-tokyo-hot-n0674-星崎アンリanri無限東熱汁死星崎中出.html | https://my.tokyo-hot.com/product/20055 |
| n0678 | https://javidol.org/mv-1CZ-tokyo-hot-n0678-瞳りん瞳りん東熱流真正中出しrin-hitomi.html | https://my.tokyo-hot.com/product/20051 |
| n0680 | https://javidol.org/mv-1Fc-tokyo-hot-n0680-葵さやか芸能系モデル転落東熱汁.html | https://my.tokyo-hot.com/product/20049 |
| n0681 | https://javidol.org/mv-1E0-tokyo-hot-n0681-高城みくり東熱筋肉美人初中出し~mikuri初裏初中出18連發.html | https://my.tokyo-hot.com/product/20048 |
| n0682 | https://javidol.org/mv-1Dl-tokyo-hot-n0682-横山みれい過剰發狂痙攣之90連発.html | https://my.tokyo-hot.com/product/20047 |
| n0683 | https://javidol.org/mv-1Cj-tokyo-hot-n0683-西尾かおり東熱鬼畜膣射kaori-nishio.html | https://my.tokyo-hot.com/product/20046 |
| n0684 | https://javidol.org/mv-1BN-tokyo-hot-n0684泥醉女学生輪姦汁濁介抱.html | https://my.tokyo-hot.com/product/20045 |
| n0686 | https://javidol.org/mv-1cD-tokyo-hot-n0686-宮瀬リコ東熱ガチ中出し宮瀬リコ.html | https://my.tokyo-hot.com/product/20043 |
| n0687 | https://javidol.org/mv-1KE-tokyo-hot-n0687-arisa東熱初裏真正中出29連發.html | https://my.tokyo-hot.com/product/20042 |
| n0688 | https://javidol.org/mv-89j-tokyo-hot-n0688-宮間葵鬼逝アクメ67連発.html | https://my.tokyo-hot.com/product/20041 |
| n0689 | https://javidol.org/mv-87Z-tokyo-hot-n0689-前田陽菜初裏東熱真正中出.html | https://my.tokyo-hot.com/product/20040 |
| n0692 | https://javidol.org/mv-82W-tokyo-hot-n0692-巨乳嫩穴喰精汁嵐52發たおか梨華.html | https://my.tokyo-hot.com/product/20037 |
| n0701 | https://javidol.org/mv-2cq-tokyo-hot-n0701-沢尻ベリー沢尻ベリー東熱鬼中出し.html | https://my.tokyo-hot.com/product/20028 |
| n0702 | https://javidol.org/mv-2ag-tokyo-hot-n0702-矢吹杏鬼逝-矢吹杏.html | https://my.tokyo-hot.com/product/20027 |
| n0704 | https://javidol.org/mv-289-tokyo-hot-n0704-東熱大乱交2011-part1-西尾かおり・瞳りん・秋丸希・宮瀬リコ.html | https://my.tokyo-hot.com/product/20025 |
| n0705 | https://javidol.org/mv-20-tokyo-hot-n0705-東熱大乱交2011-part2-西尾かおり・瞳りん・秋丸希・宮瀬リコ.html | https://my.tokyo-hot.com/product/20024 |
| n0708 | https://javidol.org/mv-AqR-tokyo-hot-n0708-宮瀬リコ東熱ガチ中30連発.html | https://my.tokyo-hot.com/product/20021 |
| n0713 | https://javidol.org/mv-DId-tokyo-hot-n0713-篠めぐみ東熱3穴全損発狂.html | https://my.tokyo-hot.com/product/20016 |
| n0722 | https://javidol.org/mv-DiQ-tokyo-hot-n0722-冴島奈美美乳蘿莉填鴨式鬼畜腐敗汁.html | https://my.tokyo-hot.com/product/20007 |
| n0725 | https://javidol.org/mv-DgQ-tokyo-hot-n0725-愛內希東熱流gachi中出.html | https://my.tokyo-hot.com/product/20004 |
| n0821 | https://javidol.org/mv-rN-tokyo-hot-n0821-東熱大発狂姦-kyoko-maki.html | https://my.tokyo-hot.com/product/21051 |
| n0846 | https://javidol.org/mv-Dnp-tokyo-hot-n0846-木村つな-木村つな東熱流監禁孕姦-tsuna-kimura.html | https://my.tokyo-hot.com/product/21108 |
| n0890 | https://javidol.org/mv-gW-tokyo-hot-n0890-メアリー・ジェーン・リー-今どきca国際ナマ肉便器.html | https://my.tokyo-hot.com/product/21212 |

| | | |
|---|---|---|
| n1162 | https://javidol.org/mv-Hay-tokyo-hot_n1162.html | https://my.tokyo-hot.com/product/6327 |
| n1231 | https://javidol.org/mv-2uN-桜井茉莉-美少女初アナル残酷開発姦【前編】-tokyo-hot-n1231.html | https://my.tokyo-hot.com/product/n1231 |
| n1232 | https://javidol.org/mv-8JG-桜井茉莉-美少女初アナル残酷開発姦【後編】-tokyo-hot-n1232.html | https://my.tokyo-hot.com/product/n1232 |
| n1234 | https://javidol.org/mv-Dq8-南條玖美-美脚美少女容赦無用悶絶姦【後編】-tokyo-hot-n1234.html | https://my.tokyo-hot.com/product/n1234 |
| n1240 | https://javidol.org/mv-7Pk-tokyo-hot-n1240-公開謝罪ol性処理奉仕種付姦【後編】.html | https://my.tokyo-hot.com/product/n1240 |
| n1242 | https://javidol.org/mv-DOU-大石杏奈-暗闇倉庫幼顔娘悶絶奴隷調教【後編】-tokyo-hot-n1242.html | https://my.tokyo-hot.com/product/n1242 |
| n1245 | https://javidol.org/mv-2L8-松岡美織-女子アナ天使輪姦肉便器危機一髪！【前編】-tokyo-hot-n1245.html | https://my.tokyo-hot.com/product/n1245 |
| n1248 | https://javidol.org/mv-7Ni-小池愛菜-大輪姦-敏感完璧ボディ-悶絶モロ感輪姦【後編】-tokyo-hot-n1248.html | https://my.tokyo-hot.com/product/n1248 |
| n1250 | https://javidol.org/mv-7Qa-岡本優紀-セクシー秘書美乳過剰反応陵辱姦【後編】-tokyo-hot-n1250.html | https://my.tokyo-hot.com/product/n1250 |
| n1252 | https://javidol.org/mv-Dte-藤本えりな-爆乳美少女メイド性処理洗脳姦【後編】-tokyo-hot-n1252.html | https://my.tokyo-hot.com/product/n1252 |
| n1253 | https://javidol.org/mv-2xt-人体固定中出し輪姦—-紺野友梨【前編】tokyo-hot-n1253.html | https://my.tokyo-hot.com/product/n1253 |
| n1255 | https://javidol.org/mv-ADY-tokyo-hot-n1255-ダマされた女子大生凌辱輪姦【前編】黒田瑞穂.html | https://my.tokyo-hot.com/product/n1255 |
| n1257 | https://javidol.org/mv-m5-tokyo-hot-n1257-東熱激情-アナル姦特集-part1.html | https://my.tokyo-hot.com/product/n1257 |